UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAVE MART SUPERMARKETS,<br><br>        Plaintiff,<br>v.<br><br>TYSON FOODS, INC., *et al*,<br><br>        Defendants. | Case No: 1:19-cv-2805 |

**SAVE MART SUPERMARKET'S MOTION
FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

Plaintiff Save Mart Supermarkets ("Plaintiff"), by its undersigned counsel, respectfully requests that the Court enter an Order pursuant to Local Rule 26.2 granting Plaintiff leave to file portions of its Complaint under seal. In support of this Motion, Plaintiff states as follows:

1. The undersigned counsel represent The Kroger Co., Hy-Vee, Inc., and Albertsons Companies, LLC in *In re Broiler Chicken Antitrust Litigation*, 16-cv-8637. *See* Dkt. No. 2105.

2. On April 17, 2019, Judge Durkin granted leave to The Kroger Co., Hy-Vee, Inc., and Albertsons Companies, Inc. to file portions of their First Amended Complaint ("FAC") under seal. *See* Dkt. No. 2085, 16-cv-8637. The FAC references factual information obtained through documents or deposition testimony that Defendants have designated as confidential or highly confidential in that action.[1] The redacted allegations in Save Mart's Complaint are identical to the redacted allegations in the FAC.

---

[1] Simultaneously with this Motion, Save Mart has filed a Motion for Reassignment to *In re Broiler Chicken Antitrust Litigation*, Based on Relatedness Pursuant to Local Rule 40.4.

3. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal … must (1) provisionally file the document electronically under seal; (2) file electronically at the same time a public-record version of the brief, motion or other submission with only the sealed document excluded; and (3) move the court for leave to file the document under seal."

4. In accordance with Local Rule 26.2(c), Plaintiff filed a public-redacted version of its Complaint, and brings this motion seeking leave of Court to file portions of the Complaint under seal.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting it leave to file its Complaint under seal.

Dated: April 25, 2019

Respectfully submitted,

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Douglas H. Patton, Esquire
Samuel J. Randall, Esquire
Brandon S. Floch, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: rarnold@knpa.com
       wblechman@knpa.com
       dpatton@knpa.com
       srandall@knpa.com
       bfloch@knpa.com

By: _____
Samuel J. Randall

*Counsel for Save Mart Supermarkets*

599533.1